IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WANDA JONES,<br><br>    PLAINTIFF,<br>v.<br><br>WAL-MART STORES EAST, LP AND JOHN DOES 1-5,<br><br>    DEFENDANTS. | Case No. 4:20-cv-00105-RSB-CLR |

## AMENDED SCHEDULING ORDER

Having considered the Parties' Joint Consent Motion to Toll and Amend the remaining Scheduling Order Deadlines, and good cause existing for same, the Court hereby GRANTS the Parties' Motion and amends the Scheduling Order as follows:

| | |
|---|---|
| DEFENDANT'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | May 3, 2021 |
| DISCOVERY DEPOSITION OF WITENSSES WHO HAVE BEEN DESIGNATED AS EXPERTS | June 2, 2021 |
| STATUS REPORT DUE[1] | June 16, 2021 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING DAUBERT MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | July 5, 2021 |

**SO ORDERED,** this 4th day of March, 2021.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.